UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

EMMANUEL COFFY,

    Plaintiff,

v.                                           Case No.: 6:22-cv-2234-WWB-NWH

UNITED PARCEL SERVICE, INC.,

    Defendant.
_____/

## ORDER

    THIS CAUSE is before the Court on the parties' Joint Motion (1) to Vacate Pretrial Deadlines, Including Plaintiff's Responses to Defendant's Pretrial Motions, Pending Ruling on Defendant's Motion for Summary Judgment and (2) for Status Conference ("**Joint Motion to Vacate**," Doc. 101). On May 4, 2023, the Court issued a Case Management and Scheduling Order ("**CMSO**," Doc. 28). The Court subsequently granted multiple extensions, (*see* Doc. Nos. 36, 41, 42, 43) and issued a new CMSO (Doc. 50) on October 22, 2024. Defendant later moved for a thirty-day extension of the deadline to file dispositive motions and a sixty-day extension of the trial term. (Doc. 62 at 1–2). The Court granted this request, as well. (Doc. 63 at 2).

    The parties now seek an order vacating all pretrial deadlines and continuing trial until the Court issues a ruling on Defendant's pending Motion for Summary Judgment (Doc. 70). They argue that "vacating these dates will allow the Parties to efficiently prepare for trial based on the claims remaining after the Court's ruling'" and that "the Parties are currently engaged in settlement negotiations that may resolve the case." (Doc. 101 at 1). Upon review of the docket, the Court agrees that this case is not ripe for

trial, which is currently scheduled for the October 2025 Trial Term. Nor are the parties in a position to confer on a pretrial statement, which is currently due in less than one week. Additionally, many triable issues, some of which are implicated in Defendant's pending motions, (Doc. Nos. 82–88), could be narrowed or eliminated upon resolution of Defendant's Motion for Summary Judgment.

Accordingly, and for the reasons stated in the Joint Motion to Vacate, the Court finds that there is good cause to stay all pending deadlines and continue trial. However, the Court declines to enter a stay pending resolution of Defendant's Motion for Summary Judgment. The Court will therefore set a new trial schedule and enter new case management deadlines via separate order.

Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Joint Motion to Vacate (Doc. 101) is **GRANTED in part** as provided herein and **DENIED** in all other respects.
2. The Trial Status Conference scheduled for September 9, 2025 is **CANCELLED**. All remaining case management and trial deadlines are **STAYED** pending further order from the Court.

**DONE AND ORDERED** in Orlando, Florida on September 2, 2025.

_____
WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record